

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00055-CV

**CITIZENS ENTERPRISES, INC., AND
MOHAMMAD SIDDIQUE,**

           **Appellants**

  **v.**

**HEAVEN SENT PIZZA, LP,**

           **Appellee**

---

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 48264

---

## MEMORANDUM OPINION

---

The parties in this appeal have filed a joint motion to dismiss the appeal, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, after making a complete settlement of all claims in the underlying case.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.1(a).


         TOM GRAY
         Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 22, 2011
[CV06]